Commonwealth *v.* Dinsmore, Appellant.

Argued November 10, 1969. *S. Sanford Kantz,* with him *Gilbert D. Levine,* for appellant; *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Feiling, Appellant.

Submitted November 10, 1969. *Ewing B. Pollock,* for appellant; *W. Bertram Waychoff,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Fletcher, Appellant.

Submitted November 10, 1969. *Anthony J. Marion,* for appellant; *W. Bertram Waychoff,* District Attorney, for Commonwealth, appellee.

Order affirmed.